# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF MISSOURI
# WESTERN DIVISION

| | |
|---|---|
| JOSHUA SPRINGER, | ) |
| | ) |
| Plaintiff, | ) |
| v. | ) No. 18-00968-CV-W-BP |
| | ) |
| SEMPER BLUE PROFESSIONAL | ) |
| SERVICES, INC., | ) |
| | ) |
| Defendant. | ) |

## ORDER GRANTING MOTION FOR FINAL APPROVAL
## OF CLASS SETTLEMENT

Pending is the parties' Joint Motion for Final Approval of a Class Settlement. (Doc. 80). After conducting a thorough review of the Record and holding a hearing on the matter on January 21, 2020, the Court **GRANTS** the motion and rules as follows:

1. The parties have reached a Settlement Agreement ("Settlement") and the parties moved this Court for final approval of the Settlement on January 31, 2020. (Doc. 80.) The parties have agreed to a settlement amount of $50,480.00 (the "Settlement Amount"). Plaintiffs' attorneys shall receive $35,000.00 for attorneys' fees and $3,000.00 for costs, to be paid from the Settlement Amount.

2. The Court, having preliminarily approved this settlement on November 21, 2019, (Doc. 77), and having conducted a final approval and fairness hearing on January 21, 2020, (Doc. 79), and having duly considered the submissions presented with respect to the Settlement addressing the collective and class claims asserted in this litigation under state and federal wage and hour law, hereby finds that the Settlement is fair, adequate, and a resolution of a bona fide dispute in contested litigation.

The Court further orders that:

1. The class as defined in the Notice of Proposed Settlement (the "Settlement Class") meets the requirements of a settlement class under the Fair Labor Standards Act, the Federal Rules of Civil Procedure, and applicable case law. Accordingly, the Court certifies the Settlement Class, which is composed of "[a]ll individuals employed by Defendant as security or compliance officers at any time within the three years prior to [December 7, 2018]." (Doc. 76-1, p. 2.)

2. Joshua Springer be appointed as the Class Representative of the Settlement Class.

3. Andrew Protzman and Benjamin Stelter-Embry of the Protzman Law Firm, LLC, who are qualified, experienced, and skilled attorneys capable of adequately representing the Settlement Class, are approved as Class Counsel.

4. This Order and Judgment ("Approval Order/Judgment") will be binding on the Settlement Class as defined in the Notice of Proposed Settlement and the Settlement.

5. The Settlement is fair, reasonable and adequate, is in the best interests of the Settlement Class, and should be, and hereby is, approved, especially in light of the benefits to the Settlement Class accruing from, the discovery, investigation and litigation conducted by Class Counsel prior to the proposed Settlement, and the complexity, expense, risks and probable protracted duration of further litigation. The Settlement is therefore reasonable in light of the risk inherent in continuing with litigation and was arrived at after an arm's length negotiation involving experienced counsel.

6. Defendant shall issue payment to all eligible members of the Settlement Class in accordance with the Settlement Agreement.

7. Plaintiff's request for a service payment to the Named Plaintiff as set forth in the Settlement is hereby approved and Defendant shall issue such payment in accordance with the Settlement Agreement.

8. Class Counsel's request for attorneys' fees and reimbursement of costs as set forth in the Settlement is hereby approved and Defendant shall issue payment in accordance with the Settlement Agreement.

9. Judgment for back wages on behalf of participating class members is hereby entered and back wages shall be deemed earned on the date of this Order.

10. Within 10 days of final payment of wages due to the class members, Plaintiffs' counsel shall notify the Court of Satisfaction of this Judgment. Once the Court receives the notice, this case will be dismissed.

11. Upon entry of a Satisfaction of Judgment, all members of the Settlement Class shall conclusively be deemed for all purposes to be permanently barred from commencing, prosecuting, or otherwise maintaining in any court or forum any action against Defendant for any released claims.

**IT IS SO ORDERED.**

/s/ Beth Phillips
BETH PHILLIPS, CHIEF JUDGE
DATE: February 6, 2020        UNITED STATES DISTRICT COURT